IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AOL INC., <br><br> Defendant. | Case No. 6:12-cv-501 <br><br> **JURY TRIAL DEMANDED** |

**ORDER**

Came for consideration before the Court is the Voluntary Dismissal filed by Plaintiff EMG Technology, LLC. Upon consideration of the same, the Court is of the opinion that the Dismissal should be GRANTED.

It is therefore SO ORDERED. The claims of Plaintiff EMG Technology, LLC against Defendant, AOL, Inc., are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 4th day of October, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**